**Order entered June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00402-CV

**CELANESE CORPORATION AND GRUPO CELANESE, S. DE RL DE CV, Appellants**

**V.**

**JAVIER SALCEDO SAHAGUN AND
RAMOS & HERMOSILLO ABOGADOS, S.C., Appellees**

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-09284

## ORDER

On March 14, 2019, the trial court signed (1) an order denying a motion to dismiss pursuant to section 27.003 of the civil practice and remedies code (the TCPA order), s*ee* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003, and (2) an order granting a motion to dismiss for forum non conveniens. Javier Salcedo Sahagun and Ramos & Hermosillo Abogados, S.C. (collectively "Sahagun") filed an interlocutory appeal of the TCPA order. *See id*. § 51.014(a)(12). Celanese Corporation and Grupo Celanese, S. De Rl De Cv filed a notice of cross-appeal complaining of the order granting the motion to dismiss for forum non conveniens.

Before the Court is the April 19, 2019 motion of Sahagun to abate appeal and lift stay. The motion was filed in response to this Court's April 15, 2019 letter questioning its jurisdiction

over the cross-appeal, as it appeared not to be a final judgment. The motion seeks the abatement and lift of stay so the trial court can sign a final order relating to the TCPA motion. Upon further review of the clerk's record, it appears the trial court's order granting the motion to dismiss for forum non conveniens is a final judgment over which this Court has jurisdiction. Accordingly, we **DENY** as moot the motion to abate appeal and lift stay.

The posture of this appeal is such that the forum non conveniens order will be addressed first on submission because if that order is affirmed, the TCPA order becomes moot. *See Crum & Forster Specialty Ins. Co. v. Creekstone Builders, Inc.*, 489 S.W.3d 473, 485 n.3 (Tex. App.—Houston [1st Dist.] 2015, no pet.) (affirming order granting dismissal for forum non conveniens rendered moot issue regarding ruling on motion to dismiss for failure to join necessary party). In light of this circumstance and, on the Court's own motion, we **REALIGN** the parties as follows. Celanese Corporation and Grupo Celanese, S. De Rl De Cv are designated as appellants/cross-appellees and Javier Salcedo Sahagun and Ramos & Hermosillo Abogados, S.C. are designated as appellees/cross-appellants.

Appellants shall file their brief on the merits **within twenty days** of the date of this order.

/s/     KEN MOLBERG
        JUSTICE